UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TOMER AVRAHAM MD PLASTIC SURGERY LLC, :
:
                  Plaintiff, :         24-CV-9537 (VSB) (OTW)
:
                  -against- :         **ORDER**
:
1199SEIU NATIONAL BENEFIT FUND FOR :
HOME CARE EMPLOYEES, :
:
                  Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 18, 21, 22, 23, and 24.

Accordingly, the following briefing schedule will apply to Plaintiff's cross-motion to confirm the IDR awards (ECF 19) and Defendant's anticipated cross-motion to vacate the awards:

- Defendant's deadline to oppose Plaintiff's motion and to cross-move to vacate is extended to **Friday, May 2, 2025**.

- Plaintiff's reply on their own motion, and opposition to Defendant's cross-motion, if any, is due **Friday, May 16, 2025**; and

- Defendant's reply on their cross-motion to vacate, if any, is due **Friday, May 30, 2025**.

Discovery in this action is **STAYED** pending the resolution of Defendant's motion to dismiss, Plaintiff's cross-motion to enforce the IDR awards, and Defendant's cross-motion, if any, to vacate the awards.

The Initial Case Management Conference and the deadline to submit the parties' Rule 26(f) Report are **ADOURNED** *sine die*.

The Clerk of Court is respectfully requested to close ECF Nos. 22 and 24.

**SO ORDERED.**

Dated: April 2, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge