**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

TOMER AVRAHAM MD PLASTIC SURGERY LLC, :

                Plaintiff,       :           24-CV-9537 (VSB) (OTW)

                -against-       :

1199SEIU NATIONAL BENEFIT FUND FOR    :    **ORDER**
HOME CARE EMPLOYEES,                  :

                Defendant.     :

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Due to a phone outage, the Court did not hold the previously scheduled Preliminary Settlement Conference Call on January 14, 2026. Accordingly, the parties are directed to file a joint letter by February 5, 2026, proposing three dates to hold a new preliminary settlement conference call.

It is further **ORDERED** that this case is **STAYED** pending the outcome of settlement discussions.

        **SO ORDERED.**

Dated: February 2, 2026             /s/  Ona T. Wang
      New York, New York         **Ona T. Wang**
                              United States Magistrate Judge